UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| IN RE: ) ) BRAY & GILLESPIE MANAGEMENT, ) LLC, et al., ) ) DEBTORS. ) ) ) APPLICABLE DEBTOR ) ) BRAY & GILLESPIE HOLDINGS, ) LLC (Case No. 3:08-bk-5482) ) ) | Case Nos. 08-5473 through 08-5551 Jointly Administered In Case No. 08-5473 Chapter 11 |

**WACHOVIA BANK'S RESPONSE IN OPPOSITION TO CRESCENT REAL ESTATE CAPITAL, L.P.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Wachovia Bank, N.A., a national banking association ("Wachovia"), files this response in opposition to Crescent Real Estate Capital, L.P.'s Motion for Relief from the Automatic Stay (the "Stay Relief Motion") (Docket No. 447) and says:

1. Wachovia is a creditor of Bray & Gillespie Holdings, LLC and many of its affiliates and related entities which are also debtors in these jointly administered cases (the "Debtors"). The amount of Wachovia's debt exceeds $85 million and is secured by a substantial portion of the Debtors' property, including many operating hotels.

2. The Debtors have filed a proposed Joint Plan of Reorganization ("Plan") and a Motion for Substantive Consolidation (Docket Nos. 691 and 793) the terms of which have been formulated in ongoing negotiations between the Debtor, Wachovia and other creditors.

3. The Debtors have also filed a motion for an order directing the Debtors and the secured creditors, including Wachovia, to a mediation as to the issues presented in the Motion for Substantive Consolidation and the Plan (Docket No. 794). Wachovia believes that there is a reasonable possibility that many, and perhaps all, of the issues relating to the Motion for Substantive Consolidation and the Plan can be resolved at such a mediation.

4. Wachovia believes that the Stay Relief Motion of Crescent Real Estate Capital, L.P. ("Crescent") should be denied because (i) the Collateral of the Six-Pack Debtors, as defined in the Stay Relief Motion, is necessary for an effective reorganization and (ii) the proposed Plan presents the Debtors and their creditors with a reasonable possibility of a successful reorganization within a reasonable time.

5. Wachovia therefore joins the Debtors in opposition to Crescent Real Estate Capital, L.P.'s Motion for relief from the Automatic Stay.

SMITH HULSEY & BUSEY

By: *s/ James H. Post*
    James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for Wachovia Bank, N.A

CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished by mail or electronically through the Court's CM/ECF electronic notification system on February 10, 2009 to the following parties:

Bray & Gillespie Management, LLC
c/o Joseph G. Gillespie III
600 North Atlantic Ave.
Daytona Beach, FL 32118

Bray & Gillespie Holdings, LLC
c/o Joseph G. Gillespie III
600 North Atlantic Ave.
Daytona Beach, FL 32118

R. Scott Shuker, Esq.
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Jason B. Burnett, Esq.
Gray Robinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202-3611

Robert T. Hyde, Jr., Esq.
Rogers Towers
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207-1811

Roy S. Kobert, Esq.
PO Box 4961
Orlando, FL 32802-4961

Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price Axelrod LLP
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131-5340

John T. Rogerson III, Esq.
Volpe Bajalia Wickes Rogerson & Galloway
501 Riverside Ave., 7th Floor
Jacksonville, FL 32202

Patrick Potter, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street Northwest
Washington, DC 20037-1122

Miriam G. Suarez, Esq.
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Alan M. Weiss, Esq.
Holland & Knight LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202-3622

Peter N. Hill, Esq.
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804

                                                *s/ James H. Post*
                                                      Attorney

00641641